On respondent's petition for reconsideration filed May 26, motion for relief from default granted; reconsideration allowed; former disposition (203 Or App 395, 124 P3d 1281) withdrawn; affirmed August 2, 2006

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM LANGEVIN III,
*Appellant.*

200221049; A123435

140 P3d 1145

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).